No. 873. HUETE *v.* TEILLARD.—Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en junio 10, 1912. Desestimada la apelación a instancia del apelado por incumplimiento del artículo 299 del Código de Enjuiciamiento Civil

enmendado por ley de marzo 9, 1911, y el artículo 40 del Reglamento del Tribunal Supremo. Abogado del promovente: *Sr. José Benet.* Abogados de la parte contraria: *Sres. Cay. Coll Cuchí* y *Francis H. Dexter.*